THE STATE OF OHIO, APPELLANT, *v.* POSEY, APPELLEE.

[Cite as *State v. Posey* (2000), 89 Ohio St.3d 1216.]

(No. 99–1581—Submitted May 9, 2000—Decided June 21, 2000.)

*Joseph W. Diemert, Jr.,* Director of Law, and *Frederick W. Andreas,* Assistant Director of Law, for appellant.

*Richard P. Martin Co., L.P.A.,* and *David C. Perduk,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., dissents.

———————

ALICE ROBIE RESNICK, J., dissenting. This case presents issues that warrant merit review. I would not dismiss it as improvidently allowed.